UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KNEKO MOORE,

        Petitioner,

v.

ANDREW COOPER,

        Respondent.

Case No. 2:25-cv-00477-TMC-TLF

[PROPOSED] ORDER

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's habeas corpus petition pursuant to 28 U.S.C. § 2241 is DISMISSED with prejudice.

Dated this 17th day of September, 2025.

TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER - 1